UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELICA T. OCHOA,<br><br>            Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | NO: 1:22-CV-3131-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Stipulation for Voluntary Dismissal. ECF No. 12. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared. Counsel for Defendant does not object to this dismissal.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' agreement, this action is **DISMISSED** with prejudice.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 21, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2